**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

LUIS FERNANDEZ-MORALES,
    Petitioner,

vs.                                        Case No. 5:06cv1/MCR/EMT

JOSE BARRON, JR.,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 3, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED WITH PREJUDICE** pursuant to Rule 4, Rules Governing Section 2254 Cases, and 28 U.S.C. § 2243.

    **DONE AND ORDERED** this 13th day of March, 2006.

                                                      _s/ M. Casey Rodgers_
                                                      **M. CASEY RODGERS
                                                      UNITED STATES DISTRICT JUDGE**